UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUSTON CASUALTY COMPANY, a Texas corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD A. YOUNT; HYC Design Ltd., a California corporation; and INLAND CHRISTIAN HOME, INC., a California corporation,<br><br>　　　　　　Defendants. | Case No. : 2:12-cv-02136-SVW-SP<br><br>Honorable Stephen V. Wilson<br><br>**ORDER OF DISMISSAL**<br><br>JS-6 |

The Court, having considered the parties' stipulation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of all pending claims currently pending in the above-captioned action, IT IS HEREBY ORDERED that this action be dismissed with prejudice, and that each party shall bear its own attorneys' fees, costs, and expenses.

**IT IS SO ORDERED.**

Dated: September 4, 2012

　　　　　　　　　　　　　　　　Honorable Stephen V. Wilson